FIRST DISCOUNT CORPORATION, Movant, v. John T. FELKINS (Standard Auto Company, Inc.), Opposed.

Court of Appeals of Kentucky.

Dec. 15, 1942.

Thos. C. Mapother and George E. Wade for movant.

Edward W. Bensinger, Jr., for Felkins.

Robert L. Page for Standard Auto Co.

PER CURIAM.

Appeal denied; judgment affirmed.

STANDARD AUTO COMPANY, Movant, v. John T. FELKINS, Opposed.

Court of Appeals of Kentucky.

Dec. 15, 1942.

Robert L. Page for movant.

Edward W. Bensinger, Jr., opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Samuel J. BEIERFIELD et al., Doing Business as High Rock Ginger Ale Company, Movants, v. James Louis CAHILL, an Infant, Suing by Next Friend, Lillian Cahill, Opposed.

Court of Appeals of Kentucky.

Dec. 15, 1942.

Davis, Boehl, Viser & Marcus for movants.

Ollie James Cohen and O. W. Jenkins, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.